# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY BECK, | Case No. 2:23-cv-00362-MMD-EJY |
| Plaintiff, | ORDER |
| v. | |
| STEVE SISOLAK, *et al.*, | |
| Defendants. | |

The Court issues this order on its own initiative. According to the screening order (ECF No. 3 at 9), Defendants had 15 days from the date of the mediation conference to respond to the motion for preliminary injunction (ECF No. 1-1) concerning the delay of Plaintiff Stanley Beck's pain medication. Defendants failed to respond, and the deadline expired, as the mediation conference occurred on August 4, 2023. (ECF No. 6.) The Court however will allow Defendants an additional seven days from the date of this order to respond to the motion for preliminary injunction, and Plaintiff will have seven days from the date a response is submitted to file a reply. The Court will determine if a hearing is needed. Failure to respond will be construed as consent to the motion being granted. *See* LR 7-2(d).

It is therefore ordered that Defendants will have seven days from the date of this order to respond to the motion for preliminary injunction. (ECF No. 1-1.)

It is further ordered that Plaintiff will have seven days from the date a response is submitted to file a reply.

DATED THIS 12th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE