UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY BECK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE SISOLAK, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00362-MMD-EJY<br><br>**ORDER** |

On August 24, 2023, the Court entered an Order requiring the Nevada Attorney General's Office to provide "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." ECF No. 8 at 2.  As to any of the named defendants for whom the Attorney General's Office could not accept service, the Attorney General's Office was required to file, under seal, but not serve Plaintiff, "the last known address(es) of those defendant(s) for whom it has such information." *Id*.  On September 15, 2023, the Attorney General filed a Notice of Acceptance of Service on behalf of Wilson Bernales, Jaymie Cabrera, Benedicto Gutierrez, Michael Minev, Christopher Nehls, Georges-Pele Taino, and Julie Williams.  ECF No. 10.  The Attorney General's Office never filed the names of those defendants for whom it did not accept service; nor has it provided the last known addresses for those defendants.

IT IS HEREBY ORDERED that the Deputy Attorney General is to investigate and use reasonable efforts to identify each of the unserved Defendants in this matter and file, no later than **September 13, 2024**, the last known addresses for each unserved Defendant unless the Attorney General's Office is able to represent any of the unserved Defendants.  If representation of any unserved Defendant will be through the Attorney General's Office, the response to Plaintiff's operative Complaint will be due 60 days thereafter.

IT IS FURTHER ORDERED that given the served Defendants' appeal of the Court's denial of their Motion to Dismiss, the Court, *sua sponte*, extends the fact discovery period to **ninety (90)**

1

**days after resolution of the served Defendants' appeal**. This extension will allow for discovery pertaining to the unserved Defendants, if any are served, as well as allow for discovery pertaining to those Defendants who are appealing the denial of their Motion to Dismiss if that appeal does not result in reversal of the Court's Order.

IT IS FURTHER ORDERED that the dispositive motion deadline is thirty (30) days after the close of fact discovery. The joint pretrial order is due sixty (60) days after the close of fact discovery; provided, however, if a dispositive motion is pending on this date, the due date to file the joint pretrial order is automatically vacated and reset for 30 days after the Court issues its order resolving the pending motion.

Dated this 21st day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE