UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY J. BECK,<br><br>     Plaintiff,<br><br>     v.<br><br>STEVE SISOLAK, *et al.*,<br><br>     Defendants. | Case No. 2:23-cv-00362-MMD-EJY<br><br>**ORDER** |

In response to the Court's Order on August 21, 2024 (ECF No. 36), the Nevada Attorney General's Office filed the last known addresses of Defendants Gregory Bryan, Sonja Carrillo, and Rio Manalang (ECF No. 38). In order to attempt service of process on the above named Defendants the Court ORDERS the following:

1.  the Clerk of Court **must** send Plaintiff three USM-285 forms together with a copy of this Order;

2.  Plaintiff **must** complete the USM-285 forms for Defendants Gregory Bryan, Sonja Carrillo, and Rio Manalang to the best of his ability to do so and return the same to the U.S. Marshal no later than **October 16, 2024**. The completed USM-285 forms may be mailed to:

>   Gary G. Schofield
>   U.S. Marshal, District of Nevada
>   Lloyd D. George Federal Courthouse
>   333 Las Vegas Blvd. S., Suite 2058
>   Las Vegas, Nevada 89101

3.  the Clerk of Court **must** issue Summonses for Defendants Gregory Bryan, Sonja Carrillo, and Rio Manalang and send the same, together with three copies of this Order, the Court's Screening Order (ECF No. 3), Plaintiff's Complaint (ECF No. 1-3), and the Submission of Last Known Address (ECF No. 38) to the U.S. Marshal for service on the above named Defendants;

4.  the U.S. Marshal **must** attempt to effect service of this Order, Summons, Plaintiff's Complaint, and the Court's Screening Order on the above named Defendants no later than **twenty-one (21)** days after receipt of the completed USM-285 forms;

1

1    5.    no later than **fourteen (14)** days after Plaintiff receives a copy of the USM-285 forms from the U.S. Marshal showing whether service was accomplished, Plaintiff must file a notice with the Court identifying whether the above named Defendants were served. If Plaintiff wishes to have service attempted again on any unserved defendant, Plaintiff must file a motion with the Court identifying the unserved defendant and providing more detailed information regarding the unserved defendant's name and/or address, or whether service should be attempted in some other manner. Under Federal Rule of Civil Procedure 4(m), service must be accomplished within **ninety (90) court days** from the date this Order is entered; and

6.    if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants Gregory Bryan, Sonja Carrillo, and Rio Manalang may be subject to dismissal for failure to complete service of process under Fed. R. Civ. P. 4(m).

Dated this 16th day of September, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE