UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY BECK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE SISOLAK, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00362-MMD-EJY<br><br>**ORDER** |

On September 16, 2024, the U.S. Marshal Service filed the Summonses returned unexecuted on Defendants Rio Manalang and Sonya Carillo. ECF Nos. 54, 55. The return of service indicates service on each Defendant occurred on three separate occasions, between the hours of 9:30 and 11:00 a.m., to which there was "no answer." *Id.* These are hours when most individuals are at work and, therefore, does not demonstrate an inability to serve.

Accordingly, IT IS HEREBY ORDERED that the U.S. Marshal **must** attempt to effect service on two more occasions on Defendants Rio Manalang and Sonya Carrillo no later than twenty-one (21) days from the date of this Order. These attempts must be made at each Defendant's last known address at times of the day other than the normal business working hours.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a second Summons for Rio Manalang and Sonya Carrillo and deliver the same to the U.S. Marshal Service together with two copies each of (1) this Order, (2) the Court's September 16, 2024 Order at ECF No. 40; (3) the Screening Order at ECF No. 3; (4) Plaintiff's Complaint at ECF No. 1-3; and (5) the Submission of the Last Known Address filed under seal at ECF No. 38.

Dated this 11th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE