UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY BECK,<br><br>　　　　　　　Plaintiff,<br>　v.<br>STEVE SISOLAK, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00362-MMD-EJY<br><br>ORDER |

*Pro se* Plaintiff Stanley Beck, who is an inmate in the custody of the Nevada Department of Corrections, brings this action under 42 U.S.C. § 1983 against Defendants on an Eighth Amendment deliberate indifference to serious medical needs claim. (ECF No. 1-3; ECF No. 3.) United States Magistrate Judge Elayna J. Youchah issued several orders regarding service of Defendants Rio Manalang and Sonya Carrillo. (ECF Nos. 40, 58, 61.) In her most recent order, issued October 31, 2024, she warned Plaintiff that failure to timely serve them will result in their dismissal from this case. (ECF No. 61.) More time has elapsed, but Plaintiff has still not filed proper proof of service as to these two Defendants.

It is therefore ordered that Defendants Rio Manalang and Sonya Carrillo are dismissed from this case, without prejudice, under Fed. R. Civ. P. 4(m).

DATED THIS 16th Day of December 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE