UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY BECK,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE SISOLAK, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00362-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to File Amended Complaint. ECF No. 63. Defendants do not oppose the Motion. ECF No. 64.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 63) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully requested to separate ECF No. 63-1 (the Amended Complaint) from the Motion for Leave (ECF No. 63) and file the same on the docket as the Amended Complaint.

IT IS FURTHER ORDERED that Defendants shall have through and including **January 31, 2025** to file a responsive pleading.

Dated this 9th day of January, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1